# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THEODIS BROWN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-635-CEJ |
| ) | |
| THE BOARD OF TRUSTEES OF THE ) | |
| POLICE RETIREMENT SYSTEM ) | |
| OF ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On May 22, 2012, after reviewing the original pleadings in this action, the Court ordered plaintiff to file an amended complaint that complied with the Court's Memorandum and Order [Doc. #15].[1]  Plaintiff was advised that if he failed to comply, this action would be dismissed without prejudice and without further notice to him.

In response, plaintiff filed "Formal Written Objections" [Doc. #16], as well as four separate documents that purport to be amended complaints [Docs. #17, #18, #19,

---

[1] The Court specifically advised plaintiff as to the manner and respects in which his complaint was deficient and gave him detailed instructions on what the amended complaint and the "Statement of Claim" should, and should not, contain.

and #20].  The documents partially consist of forms generated by the Court for use in employment discrimination actions and contain material that is incomprehensible and sometimes illegible.  Document #17 was filed on June 4, 2012, and is titled "Amended & Added Petition Count IV."  It consists of two pages plus attachments, and the named defendant is The Board of Trustees of the Police Retirement System of St. Louis.  Document #18 was filed on June 8, 2012, and is titled "Amended Count II Employment Discrimination Complaint."  It consists of seven pages plus attachments, and it was submitted on a court-provided form for employment discrimination cases; the named defendant is the "Police Retirement System of St. Louis, et al."  Document #19 was filed on June 11, 2012 and is titled "Count I Amended Petition to Review Administrative Decision."  It consists of five pages plus attachments, and the named defendant is The Board of Trustees of the Police Retirement System of St. Louis.  Document #20 was also filed on June 11 and is titled "Count III Amended Employment Discrimination Complaint."  It consists of seven pages plus attachments, and it was submitted on a court employment discrimination form; the named defendants are The Board of Trustees of the Police Retirement System of St. Louis and "Personnel Dept. et al."  The four documents do not comply with this Court's May 22 Order, and the Court is once again unable to determine the nature of plaintiff's claims or even the parties to this action.  As such, the Court will

dismiss this case, without prejudice.  *See* Fed. R. Civ. P. 41(b).

Therefore,

**IT IS HEREBY ORDERED** that the Clerk of Court shall not issue process or cause process to issue upon the amended complaint, because plaintiff has failed to comply with the Court's Order of May 22, 2012.  *See* Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that plaintiff's motions to compel [Docs. #21 and #22] are **denied as moot.**

A separate Order of Dismissal will accompany this Memorandum and Order.

Dated this 13th day of July, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

3